**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**


Jeffrey Bennett
Bennett Law Firm PA

      v.                            NH Civil No. 1:04-ds-401-PB
                                    ME Civil No. 2:04-cv-212-GNZ

St. Paul Fire and Marine Insurance Company
Westport Insurance Corporation


**O R D E R**

Defendant is ordered to file in camera all documents withheld from discovery on the basis of attorney/client privilege and/or work product protection.  The documents are to be grouped by discovery request number and sub-grouped into attorney/client, work product or both.  Filing is to be made by August 31, 2005.

      **SO ORDERED.**

                          _____
                          James R. Muirhead
                          United States Magistrate Judge

Date: August 8, 2005

cc:   Jens-Peter W. Bergen, Esq.
       Anne H. Cressey, Esq.
       Paul S. Douglass, Esq.
       U.S. District Court-ME, Clerk
       John S. Whitman, Esq.